UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAZARIO LAZARO NIEBLA-MANRUFO,

Petitioner,

v. Case No.: 2:26-cv-01318-SPC-DNF

MARKWAYNE MULLIN *et al.*,

Respondents.

______________________________/

**OPINION AND ORDER**

Before the Court are Nazario Lazaro Niebla-Manrufo's Motion for Attorney Fees Under the Equal Access to Justice Act (Doc. 11) and the government's Unopposed Motion to Hold EAJA Motion in Abeyance (Doc. 13). Niebla-Manrufo is the prevailing party in this habeas action, and he asks the Court to award attorney fees under the EAJA. On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios v. Liggins*, No. 25-1223. In that case, the Court will decide whether EAJA fee awards are available in habeas challenges to immigration detention. The parties agree it is appropriate to hold Niebla-Manrufo's EAJA motion in abeyance until the Supreme Court answers that potentially dispositive question.

Accordingly, the government's motion (Doc. 13) is **granted**, and Niebla-Manrufo's motion (Doc. 11) is held in abeyance. If Niebla-Manrufo believes he is entitled to attorney fees under the EAJA following the Supreme Court's

decision in *Montoya Palacios*, he shall file a renewed motion explaining why. If Niebla-Manrufo files a renewed motion, the government shall respond within 14 days. If Niebla-Manrufo does not renew his motion, the Court will not award fees under the EAJA.

**DONE AND ORDERED** in Fort Myers, Florida on September 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record